NOVEMBER 13, 1959

**No. 63532.**—International Expediters, Inc. *v.* United States, protests 143434–K/1752, etc.— Plaintiff's application for rehearing granted.

NOVEMBER 17, 1959

**No. 63533.**—Pan American Standard Brands, Inc., et al. *v.* United States, protests 320718–K, etc.— —C.D. 2115. Motion of Government for rehearing denied.

BEFORE THE SECOND DIVISION, NOVEMBER 24, 1959

**No. 63534.**—Alexander Sacks, D/B/A Danbury Clock Company *v.* United States, protest 58/9522 (New York).

Opinion by LAWRENCE, J. The protest was dismissed.

**No. 63535.**—Semca Clock Co., Inc. *v.* United States, protest 58/25287 (New York).

Opinion by LAWRENCE, J. The protest was dismissed.

BEFORE THE THIRD DIVISION, NOVEMBER 24, 1959

**No. 63536.**—Wm. H. Masson *v.* United States, protests 731135–G, etc. (Baltimore).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.